UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| JEANNE TCHOKOUANI, | : Case No. 11-2-1044-WIL |
| | : Chapter 13 |
| Debtor(s). | : |
| | : |

**NOTICE OF DEPOSIT INTO COURT REGISTRY**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $3,021.00 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $3,021.00 | Jeanne Tchokouani<br>2588<br>N/A | 7307 Sara Street<br>New Carrollton, MD  20784 |

Respectfully submitted,

March 29, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708